# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABBIE L.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1330-SKV |

　　　**Jury Verdict.** This action comes before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　By Order of the Court, the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings.

　　Dated this 17th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Stefanie Prather
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk